FILED
CLERK, U.S. DISTRICT COURT
Nov 18, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CARRIE RILEY, an Individual,<br><br>    Defendant. | CASE NO. 2:16-cv-04973 SVW(PJWx)<br><br>**JUDGMENT**<br><br>*The Hon. Stephen V. Wilson, Presiding* |

   **THIS CAUSE** comes before the Court upon the Motion for Default Judgment filed by Plaintiff, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. ("Merrill Lynch"). On November 9, 2016, the Court granted Plaintiff's Motion for Default Judgment. In conformity with that order and with good cause having been shown, the Court hereby ORDERS the following judgment for Plaintiff Merrill Lynch and against Defendant Carrie Riley:

   1.   The Arbitration Award issued in favor of Plaintiff and against Defendant in the Financial Industry Regulatory Authority Action titled <u>Merrill Lynch, Pierce, Fenner & Smith Incorporated v. Carrie Riley</u>, FINRA No. 14-01106,

is hereby confirmed pursuant to the Federal Arbitration Act, 9 U.S.C. § 9.

2. Final Judgment is entered in favor of Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Incorporated and against Defendant Carrie Riley.

3. Defendant Carrie Riley shall pay to Plaintiff Merrill Lynch the total amount of $613,697.99.

4. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: November 18, 2016

Stephen V. Wilson
United States District Judge